# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

MAURIZIO PROCOPIO,

       Plaintiff,

v.

AR ESPANOLA LLC D/B/A NUMERO 28,
ROLANDO BIAMONTE,

       Defendants.

_____/

# **COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, MAURIZIO PROCOPIO, brings this action against Defendants, AR ESPANOLA LLC D/B/A NUMERO 28 and ROLANDO BIAMONTE, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff MAURIZIO PROCOPIO was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA including telephone calls with the owners in New York.

4. At all times material hereto, Defendant, AR ESPANOLA LLC D/B/A NUMERO 28, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of pizza restaurant operations, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with two or more

1

employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. Defendants, AR Espanola LLC d/b/a Numero 28 and several Numero 28 restaurant locations in New York, including Brooklyn and Manhattan, are a single enterprise under the Fair Labor Standards Act, perform related activities through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and have an annual gross sales and/or business volume of $500,000 or more.

6. Defendant, ROLANDO BIAMONTE, is a resident of New York, New York and was, and now is, the managing agent, director and/or owner of Defendant, AR ESPANOLA LLC D/B/A NUMERO 28; said Defendant acted and acts directly in the interests of Defendant, AR ESPANOLA LLC D/B/A NUMERO 28, in relation to said co-Defendant's employees. Defendant effectively dominates AR ESPANOLA LLC D/B/A NUMERO 28 administratively or otherwise acts, or has the power to act, on behalf of the corporation in relation to its employees and had the authority to direct and control the work of others. Thus, ROLANDO BIAMONTE was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

7. Two or more employees handle materials that were manufactured outside Florida such as tomato sauce and cheese used to make pizzas.

8. Defendant ROLANDO BIAMONTE controlled Plaintiff's duties, pay, and had hiring and firing authority over Plaintif.

9. Plaintiff Maurizio Procopio worked for Defendants as a cook.

10. Defendants failed to pay Plaintiff his full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate.

11. Plaintiff has attached a statement of claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

12. Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

13. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

14. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

15. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-14 above as if set forth herein in full.

16. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay, and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

17. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email:  ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791